# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2016

152534

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

RYAN SCOTT FEELEY,
        Defendant-Appellee.

SC: 152534
COA: 325802
Livingston CC: 14-022259-AR

_____/

      On order of the Court, the application for leave to appeal the September 15, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the term "police officer" in MCL 750.81d(7)(b)(i) encompasses reserve police officers. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2016



t0126

Clerk